UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                      Case No. 2:09-cv-233-FtM-29SPC

$134,918.10 IN UNITED STATES CURRENCY
Bank of America Account No. 229006228670 in the
name of Ivana Medical Equipment and Supplies,
Corp.,

          Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff, United States of America's Motion for the Entry of a Clerk's Default (Doc. #13) filed on January 26, 2009. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

On February 10, 2009, the Federal Bureau of Investigation seized $134,918.10 from Bank of America account number 229006228670 (the "Defendant Funds"), held in the name of Ivana Medical Equipment and Supplies, Corp., pursuant to a seizure warrant issued by the Honorable Douglas N. Frazier. On April 20, 2009, the Plaintiff filed a Verified Complaint for Forfeiture *in Rem* seeking forfeiture of the Defendants Funds, pursuant to the provisions of Title 18 U.S.C. § 981(a)(1)(C), which provides for the forfeiture of any property, real or personal, which was derived from the proceeds traceable to unlawful conduct. On April 30, 2009, the Government published notice of the civil forfeiture on its official forfeiture website for a period of thirty (30) days, and the

funds were served with a notice of forfeiture, but to date no response has been filed.  Thus, good cause exists to grant the Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, United States of America's Motion for the Entry of a Clerk's Default (Doc. #13) is **GRANTED**.  The Clerk is directed to enter a Clerk's Default in this case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of February, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record